(1da)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Bonifacio B. Beleno

FILED
DISTRICT COURT OF GUAM
AUG 17 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | CR 04-00038 |
| | ) | |
| Plaintiff, | ( | STIPULATION |
| | ) | |
| vs. | ( | |
| | ) | |
| EDWARD ALI PRIMICIAS ESCANO, also known as "Ed," and BONIFACIO B. BELENO, also known as "Boni," | ( ) ( ) ( | |
| Defendants. | ) | |

------------

It is stipulated that the sentencing of defendant Bonifacio B. Beleno, heretofore set for September 9, 2005, be continued for not less than six weeks.

Dated at Hagåtña, Guam, this 17th day of August, 2005.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant
  Bonifacio B. Beleno

(DOCUMENT\STIPBBeleno)