(1da)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Bonifacio B. Beleno

FILED
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-00038 |
| Plaintiff, | ORDER |
| vs. | |
| EDWARD ALI PRIMICIAS ESCANO, also known as "Ed," and BONIFACIO B. BELENO, also known as "Boni," | |
| Defendants. | |

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the sentencing of defendant Bonifacio B. Beleno, heretofore set for September 9, 2005, be continued to October 25, 2005, at 9:30 A.M.

Dated at Hagåtña, Guam, this 18th day of August, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

RECEIVED
AUG 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

(DOCUMENT\ORDER.BBeleno)

ORIGINAL