AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

      Plaintiff,                  **NOTICE**

          V.

                          CASE NUMBER: 1:04-cr-00038

Bonifacio B. Beleno,

      Defendant.

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |
| | |

TYPE OF PROCEEDING

### *SENTENCING*

[ X ] **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU  96910<br>Hon. William H. Alsup | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Tuesday, October 25, 2005 at 9:30 A.M. | CONTINUED TO DATE AND TIME<br><br>Monday, October 24, 2005 at 1:30 P.M. |
|---|---|---|

MARY L.M. MORAN, CLERK OF COURT
_____
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

October 24, 2005
_____

DATE

VIRGINIA T. KILGORE
_____

/s/ (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office          U.S. Probation Office

      Howard Trapp               U.S. Marshal Service