# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CRIMINAL MINUTES
## SENTENCING



**FILED**
DISTRICT COURT OF GUAM
OCT 2 4 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00038**      **DATE: October 24, 2005**

HON. WILLIAM ALSUP, Designated Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 1:31:00 - 2:15:41

Law Clerk: NONE PRESENT
Courtroom Deputy: Leilani Toves Hernandez
CSO: J. Lizama

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* A P P E A R A N C E S \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT: BONIFACIO B. BELENO**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.

**ATTY: HOWARD TRAPP**
( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON

AGENT: FRANK SANTOS, D.E.A.

U.S. PROBATION: CARLEEN BORJA

U.S. MARSHAL: J. CURRY

INTERPRETER: PRIMO CABURIAN, sworn

LANGUAGE: TAGALOG

---

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
     Base offense level:      Total offense level: 29      Criminal History Category: I

     NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Recommended a sentence at the low end of the guidelines.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Has no objections to the Presentence Report.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Parties had agreed to a sentence of 87 months.

The Court adopted the recommendation of the probation officer.

Defense requested for a judicial recommendation for incarceration at a facility near San Carlos, California - Granted.

Defense also requested for the defendant to be allowed to self-surrender to the designated Bureau of Prisons. Government did not object to the self-surrender, however, objected to the return of the defendant's passport for travel purposes. The Court Denied the request for self-surrender to the facility. Rather, the defendant was ordered to self-surrender to the U.S. Marshal Service on Guam by 12 noon on December 8, 2005 or upon notification of designation of Bureau of Prisons, if it is before December 8th.

Government moved to Dismiss Count I - Granted.

| | |
|---|---|
| SENTENCE: CR-04-00038-002 | DEFENDANT: BONIFACIO B. BELENO |

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>78 months</u>.

( X ) COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT <u>A FACILITY NEAR SAN CARLOS, CALIFORNIA</u>.

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>FIVE YEARS</u>.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. §3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. §1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE THE UNITED STATES AND SHALL NOT REENTER WITHOUT THE PERMISSION OF THE U.S. ATTORNEY GENERAL OR THE SECRETARY OF HOMELAND SECURITY. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, HE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HIS TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

3. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. HE SHALL SUBMIT TO UP TO EIGHT DRUG TESTS A MONTH FOR USE OF A CONTROLLED SUBSTANCE.

4. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND CODIFIED UNDER 8 U.S.C. §3583.

6. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

7. DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

8. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL.

9. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE UNDER THE DIRECTION OF THE U.S. PROBATION OFFICE.

PURSUANT TO U.S. SENTENCING GUIDELINES, SECTION 5E1.2(e), ALL FINES WERE WAIVED SINCE IT HAD BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED TO PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING OR WHILE IMPRISONED.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

Courtroom Deputy: _____