# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Bonifacio B. Beleno, <br><br> Defendant. | Case No. 1:04-cr-00038 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing filed on October 24, 2005* on the dates indicated below:

*U.S. Attorney's Office*  *Howard Trapp*   *U.S. Probation Office*  *U.S. Marshal Service*
*October 24, 2005*        *October 25, 2005*  *October 24, 2005*     *October 24, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Hearing filed on October 24, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 26, 2005            /s/ Virginia T. Kilgore
                                   Deputy Clerk