# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Bonifacio B. Beleno,<br><br>Defendant. | Case No. 1:04-cr-00038-002<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment filed October 27, 2005 and the Notice of Entry filed October 31, 2005,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *November 1, 2005* | *November 1, 2005* | *November 1, 2005*<br>*(Judgment only)* | *November 2, 2005*<br>*(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment filed October 27, 2005 and the Notice of Entry filed October 31, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 2, 2005                    /s/ Leilani R. Toves Hernandez
                                                            Deputy Clerk