(1da)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
DEC - 6 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00038-002 |
| Plaintiff, | ) | STIPULATION |
| vs. | ) | |
| BONIFACIO B. BELENO, also known as "Boni," | ) | |
| Defendant. | ) | |

------------

It is stipulated that the paragraph of the judgment which reads, "The defendant shall surrender to the United States Marshal for this district at 12:00 noon p.m. [sic] on December 8, 2005 or as notified by the United States Marshal if the designation of Bureau of Prisons is before December 8, 2005," be amended to read, "The defendant shall surrender to the United States Marshal for this district at 12:00 noon on January 3, 2006, or as notified by the United States Marshal if designation of the Bureau of Prisons is before January 3, 2006."

The reason for this stipulation is that defendant has not

(STIPULATION)
CR 04-00038-002

as yet been notified by the United States Marshal and that the amendment would allow defendant to spend the holidays with his family in the event, but only in the event, that the designation and notification do not occur earlier.

    Dated at Hagåtña, Guam, this 5th day of December, 2005.

_____
KARON V. JOHNSON
ASSISTANT U.S. ATTORNEY
Attorney for plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(DOCUMENT\STIP.BBeleno)