(lda)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant


FILED
DISTRICT COURT OF GUAM
DEC - 7 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | CR 04-00038-002 |
| Plaintiff, | ( ) | ORDER |
| vs. | ( ) | |
| BONIFACIO B. BELENO, also known as "Boni," | ( ) ( ) | |
| Defendant. | ( ) | |

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the paragraph of the judgment which reads, "The defendant shall surrender to the United States Marshal for this district at 12:00 noon p.m. on December 8, 2005 or as notified by the United States Marshal if the designation of Bureau of Prisons is before December 8, 2005," is amended to read, "The defendant shall surrender to the United States Marshal for this district at 12:00 noon on January 3, 2006, or as notified by the United States Marshal if designation of the Bureau of Prisons is

(ORDER)
CR 04-00038-002

before January 3, 2006."

Dated at Hagåtña, Guam, this 7th day of December, 2005.

_____
D. LOWELL JENSEN
United States District Judge
District Court of Guam

(DOCUMENT\ORDER1.BBeleno)



RECEIVED
DEC - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2