# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00038-002 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| BONIFACIO B. BELENO, | |
| Defendant. | |

On June 2, 2005, the Court ordered the above-named defendant to surrender his passport as a condition of pretrial release. The case has since been closed, and the Court has no further need to retain said passport. Accordingly, the Clerk of Court is directed to turn over the passport to the U.S. Probation Office for transmission to the Immigration and Customs Enforcement - Deportation and Removal Office, Attn: Vida A. Leon Guerrero, Supervisory D&D Officer, 108 Hernan Cortez Avenue, Suite 100, Hagatna, Guam 96910

SO ORDERED this 17th day of January 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**